THE PEOPLE OF THE STATE OF NEW YORK ex rel. GREATER PYTHIAN TEMPLE ASSOCIATION OF NEW YORK, Appellant, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

Argued October 7, 1942; decided December 3, 1942.

*Abraham S. Gilbert* and *Nathan Ende* for appellant.

*William C. Chanler, Corporation Counsel (Arthur A. Segall* and *Morris Handel* or counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.